# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  WA:25-CR-00079(1)-ADA |
| § | |
| (1) LAMBERTO PEDRAZA-GERVACIO § | |

## ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 14, 2025, wherein the defendant (1) LAMBERTO PEDRAZA-GERVACIO waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) LAMBERTO PEDRAZA-GERVACIO to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) LAMBERTO PEDRAZA-GERVACIO's plea of guilty to Count One (1) is accepted.

    Signed this 27th day of May, 2025.

                                            ALAN D ALBRIGHT
                                            UNITED STATES DISTRICT JUDGE